UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WAYNE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CEDRICK HOPKINS, et al.,<br><br>　　　　　Defendants. | No. 2: 17-cv-2351 MCE KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 29, 2017, the undersigned recommended that this action be dismissed for plaintiff's failure to file a completed in forma pauperis application. (ECF No. 4.)

On January 2, 2018, plaintiff filed an application to proceed in forma pauperis. (ECF No. 5.) Accordingly, the findings and recommendations are vacated. However, for the reason stated herein, plaintiff is ordered to file further briefing in support of his application.

Plaintiff is incarcerated in Amarillo, Texas. The section of plaintiff's application to proceed in forma pauperis requiring certification by prison officials is not complete. Plaintiff also failed to file his six month trust account statement. On the form, plaintiff has written "refused…" Plaintiff also writes, "now refusing to issue 6 month trust funds."

Plaintiff is directed to file additional information regarding his claims that prison officials refused to assist him in preparing his application to proceed in forma pauperis. In particular, if he

1

knows, plaintiff shall inform the court of the names of the prison officials who refused to sign his application and who refused to provide him with his 6 month trust account statement. Plaintiff shall also inform the court when he sought this information and how, i.e., did plaintiff submit a written request or orally request the information.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 29, 2017 findings and recommendations (ECF No. 4) are vacated;

2. Within thirty days of the date of this order, plaintiff shall file the further briefing described above; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: February 7, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John2351.vac