UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WAYNE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CEDRICK HOPKINS, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-2351 TLN KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff is incarcerated in Amarillo, Texas.

　　　　On January 2, 2018, plaintiff filed an application to proceed in forma pauperis. (ECF No. 5.) The section of plaintiff's application to proceed in forma pauperis requiring certification by prison officials is not complete. Plaintiff also failed to file his six month trust account statement. On the form, plaintiff wrote, "refused…" Plaintiff also wrote, "now refusing to issue 6 month trust funds."

　　　　On February 7, 2018, the undersigned ordered plaintiff to file additional information regarding his claims that prison officials refused to assist him in preparing his application to proceed in forma pauperis. (ECF No. 6.) The undersigned ordered plaintiff to inform the court of the names of the prison officials who refused to sign his application and who refused to provide him with his 6 month trust account statement. (Id.) Plaintiff was also ordered to inform the court

when he sought this information and how he requested this information. (Id.) The undersigned ordered plaintiff to submit this briefing within thirty days. (Id.)

Thirty days passed and plaintiff did not file the further briefing ordered by the undersigned on February 7, 2018. Instead, plaintiff filed a first amended complaint. (ECF No. 8.) The first amended complaint does not address the issues discussed in the February 7, 2018 order. Accordingly, the undersigned recommends that this action be dismissed for plaintiff's failure to comply with the February 7, 2018 order.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: March 22, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

John2351.fr